## STATE OF CONNECTICUT *v.* FRANKLIN MOORE
### (AC 19741)

Foti, Zarella and Dupont, Js.

Argued September 12—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## NEW MILFORD SAVINGS BANK *v.* JOHN D. MULVILLE, JR., ET AL.
### (AC 19964)
### (AC 19966)

Spear, Zarella and Hennessy, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## SCOTT DAWKINS *v.* COMMISSIONER OF CORRECTION
### (AC 20179)

Landau, Spear and Hennessy, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.